I write to point out that the main opinion should not be read to hold that there are no circumstances when the language in the Teacher Tenure Act would be useful in interpreting provisions of the Fair Dismissal Act. Unlike the circumstances of this present case, where the entire department was abolished, there may be circumstances where the Teacher Tenure Act would be helpful in determining what meaning should be given to certain provisions of the Fair Dismissal Act. See Ledbetter v.Jackson County Bd. of Educ., 508 So.2d 244 (Ala. 1987) (construing §36-26-102, part of the Fair Dismissal Act, and § 16-24-3, part of the Teacher Tenure Act, together and holding that a lunchroom worker's partial termination from her employment, caused by a reduction of her work hours, triggered her right to a hearing).